FILE COPY

No. 07-14-00003-CR

| | | |
|---|---|---|
| Jack Alonso Rock<br>  Appellant | § | From the 181st District Court<br>  of Potter County |
| | § | |
| v. | | April 21, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Campbell |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 21, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o